1 DANIEL G. BOGDEN, NVBN 2137
United States Attorney
2 DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
3 Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
4 Special Assistant United States Attorney
    160 Spear Street, Suite 800
5    San Francisco, California 94105
    Telephone: (415) 977-8985
6    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### LAS VEGAS

| | |
|---|---|
| MICHAEL NISKAR, | Case No: 2:17-cv-02732-JCM-CWH |
| Plaintiff | |
| v. | **STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE HER ANSWER** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have an extension of time of 14 days to file her answer. Defendant respectfully requests this additional to complete the preparation of the certified administrative record, as the holiday season and the lighter staffing on account of leave has prevented the timely completion of the administrative record. Defendant anticipates that this additional time will be sufficient for the filing of the answer and the administrative record.

-1-

The new due date for the filing of Defendant's answer and the certified administrative record will be Tuesday, January 30, 2018.

Respectfully submitted,

Date: *January 11, 2018*  LAW OFFICE OF LAWRENCE D. ROHLFING

By: */s/ Cyrus Safa*\*  
CYRUS SAFA  
*\* By email authorization on Jan. 11, 2018*  
Attorney for Plaintiff

Date: *January 11, 2018*  DANIEL G. BOGDEN  
United States Attorney

By: */s/ Michael K. Marriott*  
MICHAEL K. MARRIOTT  
Special Assistant United States Attorney  
Attorneys for Defendant

Of Counsel  
Jeffrey Chen  
Assistant Regional Counsel  
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED: January 12, 2018

_____  
HONORABLE CARL W. HOFFMAN  
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s Answer

-2-