1 | Cyrus Safa
Attorney at Law: 13241
2 | Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 | Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
4 | Fax: (562) 868-5491
E-mail cyrus.safa@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com
Attorneys for Plaintiff
MICHAEL A. NISKAR

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL A. NISKAR | Case No.: 2:17-cv-02732-JCM-CWH |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S MOTION FOR REVERSAL AND/OR REMAND |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Michael A. Niskar and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 10 days from March 2, 2018 to March 12, 2018 for Plaintiff to file a motion for reversal and/or remand, with all other dates in the Court's Order Concerning Review Of Social Security Cases

extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel makes the request due to an abnormally heavy briefing calendar. In the past week, Counsel has had four dispositive motions due. Additionally, Counsel attended a hearing yesterday which unexpectedly kept Counsel away from his office for most of the day, causing a delay in the completion of this motion. Counsel sincerely apologizes for any inconvenience this request may have on the Court and all parties involved.

DATE: March 2, 2018  Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Mr. Michael A. Niskar

DATE: March 2, 2018

DAYLE ELIESON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

/s/ *Michael K. Marriott*

BY: _____
Michael K. Marriott
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

DATED: March 5, 2018

IT IS SO ORDERED: _____

UNITED STATES MAGISTRATE JUDGE

-2-

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:17-CV-02732-JCM-CWH**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on March 2, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff